UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 04-30038 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| JAMES D. STEPHENS, JR. | MAG. JUDGE KAREN L. HAYES |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and noting the absence of objections to the Report and Recommendation in the record, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant James D. Stephens, Jr.'s Petition under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [Doc. No. 32] is DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 9th day of January, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE